```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                              **PLAINTIFF/RESPONDENT**

v.                    Criminal No. 10-50110-002

**AMADO CORREA-SANTOS**                                        **DEFENDANT/MOVANT**

### O R D E R

Now on this 18th day of December, 2013, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #228) entered by United States Magistrate Judge Setser in this matter, to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #228) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that the defendant's sentence is vacated and that a new sentencing hearing will be scheduled. The time for the defendant to appeal will then run from the date of the entry of the new judgment.

**IT IS SO ORDERED.**

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE